**ORIGINAL**

FILED BY _____ D.C.

05 JUL -8 PM 4: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CAROLYN V. SCOTT, INDIVIDUALLY, AND AS NEXT OF FRIEND OF DESHAWN SCOTT | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  1:04-cv-1284-T/An JURY TRIAL DEMANDED |
| WILLIAM ROGERS, CHRISTINE ROGERS; and BETH McCLURE d/b/a REALTY SHOPPE | ) ) ) ) | |
| Defendants. | ) ) | |

## CONSENT ORDER MODIFYING THE SCHEDULING ORDER

It appearing to the court that the parties' joint motion to modify the scheduling order previously entered in this matter is well taken and should be granted and

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Rule 16(b) Scheduling Order previously entered is amended as follows:

1.     The deadline for all parties to take depositions in this matter is extended August 15, 2005.

2.     All dates previously entered shall remain the same.

_Diane K. Vescovo_
JUDGE  U.S. Magistrate Judge

ENTER _July 8, 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __7-11-05__

23

APPROVED FOR ENTRY:


WEINMAN & ASSOCIATES

Michael L. Weinman, #015074
114 S. Liberty Street
P.O. Box 266
Jackson, TN 38302-0266
731-423-5565
*Attorney for Plaintiff*

CAROLYN GISH #010231
West Tennessee Legal Services
210 West Main Street
P O Box 2066
Jackson, TN 38302-2066
(731)423-0616
*Attorney for Plaintiff*



CARTER STANFILL & KIRK

Bradley G. Kirk, # 17100
25 Natchez Trace Drive
Lexington, TN 38351
731-968-7749
*Attorney for Defendants Rogers*

CARTHEL L. SMITH, JR., # 004673
85 East Church Street
Lexington, TN 38351
731-968-2561
*Attorney for Defendant McClure*

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:04-CV-01284 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Carthel L. Smith
LAW OFFICES OF CARTHEL SMITH, JR.
85 E. Church Street
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT