UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Eastern Division

FILED BY _____ D.C.

05 AUG 19 PM 3: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CAROLYN V. SCOTT, Individually and as next friend of DESHAWN SCOTT, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No.: 1-04-1284 T/AN |
| WILLIAM ROGERS, CHRISTINE ROGERS and MARY BETH MCCLURE, Individually, as Agent, and d/b/a REALTY SHOPPE, ) ) ) ) ) | |
| Defendants. ) | |

## ORDER MODIFYING SCHEDULING ORDER

Upon the joint motion of all the parties, it appears to the Court that the motion that seeks to modify the scheduling order is well-taken and should be granted.

IT IS THEREFORE ORDERED, AJUDGED AND DECREED that the Rule 16(b) Scheduling Order previously entered is amended as follows:

1. That the deadline for all parties to take depositions in this matter is extended until August 17, 2005.

2. All dates previously entered shall remain the same.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 8-22-05

1



_____
~~James D. Todd, Judge of the United~~
Diane K. Vescovo
United States Magistrate Judge

August 19, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:04-CV-01284 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Carthel L. Smith
LAW OFFICES OF CARTHEL SMITH, JR.
85 E. Church Street
Lexington, TN 38351

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT