IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CAROLYN V. SCOTT, INDIVIDUALLY,
AND AS NEXT OF FRIEND OF
DESHAWN SCOTT,

    Plaintiff,

VS.                                             No. 04-1284-T

WILLIAM ROGERS, CHRISTINE
ROGERS; and BETH McCLURE d/b/a
REALTY SHOPPE,

    Defendants.

### ORDER OF REFERENCE

The above-styled case is hereby referred to United States Magistrate Judge Thomas Anderson for a new scheduling order.

IT IS SO ORDERED.

                                                 /s/ James D. Todd
                                                 JAMES D. TODD
                                                 UNITED STATES DISTRICT JUDGE

                                                 26 August 2005
                                                 DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/30/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:04-CV-01284 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Carthel L. Smith
LAW OFFICES OF CARTHEL SMITH, JR.
85 E. Church Street
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT