

```
                                                              FILED BY ___ D.C.
           UNITED STATES DISTRICT COURT                       05 SEP 19 PM 5: 10
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   EASTERN DIVISION                           THOMAS M. GOULD
                                                              CLERK, U.S. DISTRICT COURT
                                                              W/D OF TN, MEMPHIS
```

CAROLYN V. SCOTT, INDIVIDUALLY, )
AND AS NEXT OF FRIEND OF )
DESHAWN SCOTT )
)
    Plaintiff, )
)
v. )    CIVIL ACTION NO. 1:04-cv-1284-T/■V
)    JURY TRIAL DEMANDED
WILLIAM ROGERS, CHRISTINE )
ROGERS; and BETH McCLURE d/b/a )
REALTY SHOPPE )
)
    Defendants. )

---

### PARTIES ~~AGREED~~ RULE 16(b) MODIFIED SCHEDULING ORDER

---

Pursuant to written notice the parties have submitted the following dates modifying the 16(b) Scheduling Order previously entered in this matter:

COMPLETING ALL DISCOVERY: December 15, 2005

    (a)    REQUEST FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:    December 15, 2005

    (b)    EXPERT WITNESS DISCLOSURE: (Rule 26)(a)(2)):

        (i) Plaintiff's Experts:    November 7, 2005

        (ii) Defendants' Expert:    November, 23, 2005

        (iii) Plaintiff's Rebuttal Expert    December 7, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-20-05

36

      (iv) Depositions of Experts:      December 15, 2005

FILING DISPOSITIVE MOTIONS:      January 16, 2006

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

(a)    for Plaintiff:      February 15, 2006
(b)    for Defendants:      February 22, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __2__ days and is SET for JURY TRIAL on __March 22__, 2006 at 9:30 A.M. A joint pretrial order is due on __March 10__, 2006. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

OTHER RELEVANT MATTERS:

Interrogatories, Requests for Productions and Requests Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allows 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(a)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60 shall be accompanied by a proposed Order and a Certificate of Consultation..

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

**IT IS SO ORDERED.**

_____
DIANE K. VESCOVO,
UNITED STATES MAGISTRATE JUDGE
Date: September 19, 2005


APPROVED FOR ENTRY

WEINMAN & ASSOCIATES

_____
Michael L. Weinman (# 015074)
Attorney for Plaintiffs
114 S. Liberty Street
P.O. Box 266
Jackson, Tennessee 38302
731-423-5565


_____
CAROLYN GISH #010231
West Tennessee Legal Services
210 West Main Street
P O Box 2066
Jackson, TN 38302-2066
(731)423-0616
Attorney for Plaintiff

w/ permission

CARTER STANFILL & KIRK

_____
Bradley G. Kirk (#17100)
Attorney for Defendants Rogers
25 Natchez Trace Drive
Lexington, TN 38351
731-968-7749

*by Nathan Ween w/ permission*

_____
CARTHEL L. SMITH, JR. (#004673)
Attorney for Defendant McClure
85 East Church Street
Lexington, TN 38351
731-968-2561

*by Nathan Ween w/ permission*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CV-01284 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Carthel L. Smith
LAW OFFICES OF CARTHEL SMITH, JR.
85 E. Church Street
Lexington, TN 38351

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT