

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CAROLYN V. SCOTT, INDIVIDUALLY, )<br>AND AS NEXT OF FRIEND OF )<br>DESHAWN SCOTT )<br>          )<br>     Plaintiff, )<br>          )<br>v.        ) <br>          )<br>WILLIAM ROGERS, CHRISTINE )<br>ROGERS; and BETH McCLURE d/b/a )<br>REALTY SHOPPE )<br>          )<br>     Defendants. )<br>          ) | CIVIL ACTION NO. 1:04-cv-1284-T/An<br>JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO BETH McCLURE d/b/a REALTY SHOPPE

The plaintiff, Carolyn Scott, has notified the Court by stipulation pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure* that she desires to dismiss, with prejudice, her claims against the Defendant, Beth McClure d/b/a Realty Shoppe. It appearing to the Court that the necessary parties are in agreement with the dismissal,

IT IS THEREFORE ORDERED that the causes of action against the Defendant Beth McClure d/b/a Realty Shoppe is hereby dismissed with prejudice from this action and each party is to pay it's own attorney costs and expenses associated with this case.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/13/05

41

*[signature: James D. Todd]*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE 9 December 2005

APPROVED FOR ENTRY:

WEINMAN & ASSOCIATES

*[signature]*
Michael L. Weinman, #015074
114 S. Liberty Street
P.O. Box 266
Jackson, TN 38302-0266
731-423-5565
*Attorney for Plaintiff*

*[signature]*   *[signature: Michael Weinman]*
CAROLYN GISH #010231                by permission
West Tennessee Legal Services
210 West Main Street
P O Box 2066
Jackson, TN 38302-2066
(731)423-0616
*Attorney for Plaintiff*

*[signature]*    by *[signature: Michael Weinman]*
CARTHEL L. SMITH, JR., # 004673           by permission
85 East Church Street
Lexington, TN 38351
731-968-2561
*Attorney for Defendant McClure*

## CERTIFICATE OF SERVICE

I, Michael L. Weinman, attorney for Plaintiff, do hereby certify that I mailed a true and complete copy of the foregoing document by depositing same in the United States Mail, postage prepaid and addressed to:

CARTER STANFILL & KIRK
Bradley G. Kirk
25 Natchez Trace Drive
Lexington, TN 38351
731-968-7749
*Attorney for Defendants Rogers*

This the 7th day of Dec, 2005.

Michael L. Weinman

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:04-CV-01284 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Carthel L. Smith
LAW OFFICES OF CARTHEL SMITH, JR.
85 E. Church Street
Lexington, TN 38351

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT