FILED BY ___ D.C.

05 DEC 30 PM 1:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CAROLYN V. SCOTT, INDIVIDUALLY, AND AS NEXT OF FRIEND OF DESHAWN SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ROGERS; CHRISTINE ROGERS; and BETH McCLURE, Individually, as Agent, and d/b/a REALTY SHOPPE,<br><br>Defendants. | CIVIL ACTION NO.1:04-cv-1284-T/AN<br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL RESPONSE BY DEFENDANTS WILLIAM ROGERS AND CHRISTINE ROGERS TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AND TO COMPEL DEFENDANTS WILLIAM ROGERS AND CHRISTINE ROGERS TO ANSWER PLAINTIFF'S SECOND SETS OF INTERROGATORIES AND FOR EXPENSES, TO INCLUDE COSTS AND ATTORNEY'S FEES**

This matter came before the Court pursuant to Plaintiff's Motion asking the Court to enter an Order (1) compelling Defendants William Rogers and Christine Rogers to fully and properly respond to Plaintiff's First Request for Production of Documents to each of Defendants; (2) compelling Defendants William Rogers and Christine Rogers to fully and properly respond to questions propounded in Plaintiff's Second Set of Interrogatories to each of Defendants; and (3) ordering Defendants to pay to Plaintiff the expenses associated with the filing of this Motion, to include costs and attorney's fees. It appears to the Court that the Motion is well taken. *No response to the motion has been filed, & the time for response has expired.*

IT IS, THEREFORE, ORDERED that:

1. Defendant William Rogers shall respond to Plaintiff's First Request for Production of Documents to Defendant William Rogers *within 11 days of the date of this order*

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on *12-30-05*

(43)

2. Defendant Christine Rogers shall respond to Plaintiff's First Request for Production of Documents to Defendant Christine Rogers *within 11 days of the date of this order*

3. Defendant William Rogers shall respond to Questions propounded in Plaintiff's Second Set of Interrogatories to Defendant William Rogers. *within 11 days of the date of this order.*

4. Defendant Christine Rogers shall respond to Questions propounded in Plaintiff's Second Set of Interrogatories to Defendant Christine Rogers. *within 11 days of the date of this order.*

5. Defendants shall pay to Plaintiff expenses associated with the filing of this Motion, to include costs and attorneys fees, as to be determined by the Court. *Plaintiff's counsel shall submit an affidavit within eleven days of the date of this order verifying the amount of attorney fees & expenses incurred in seeking responses to its discovery and bringing this motion to compel.*

Dated this the __30th__ day of __December__, 2005.

*Duane K. Visconti*
~~JAMES D. TODD~~
UNITED STATES ~~DISTRICT JUDGE~~ *Magistrate Judge*

APPROVED FOR ENTRY:

_Michael L. Weinman by permission_ _____
MICHAEL L. WEINMAN, BPR# 015074
117 South Liberty
P.O. Box 266
Jackson, Tennessee 38302
(731) 423-5565

_Carol Gish_
CAROL GISH, BPR# 010231
West Tennessee Legal Services
210 W. Main Street
Jackson, Tennessee 38301
(901) 423-0616
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above document has been served upon the Defendant Beth McClure, by hand delivery of same to the attorney for Defendant Beth McClure, Carthel L. Smith, at The Smith Law Firm, 85 E. Church Street, Lexington, Tennessee 38351, and upon Defendants William Rogers and Christine Rogers, by hand delivery of same to the attorney for said Defendants, Bradley G. Kirk, at Carter, Stanfill & Kirk, PLLC, 25 Natchez Trace Drive, Lexington, Tennessee 38351.

This the _____ Day of _____, 2005.

                                          _____
                                          CAROL GISH, BPR# 010231
                                          West Tennessee Legal Services
                                          210 W. Main Street
                                          Jackson, Tennessee 38301
                                          (901) 423-0616
                                          ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:04-CV-01284 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Carthel L. Smith
LAW OFFICES OF CARTHEL SMITH, JR.
85 E. Church Street
Lexington, TN 38351

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT